[No. 72916-1-I.   Division One.   February 1, 2016.]

SEAN PERRYMAN, *Appellant*, v. BELLEVUE COLLEGE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-18309-9, Julie A. Spector, J., entered December 18, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 73118-1-I.   Division One.   February 1, 2016.]

CHRISTOPHER M. WARNER ET AL., *Appellants*, v. SWEDISH HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-32628-1, Theresa B. Doyle, J., entered December 19, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.

[No. 46091-2-II.   Division Two.   February 2, 2016.]

*In the Matter of the Personal Restraint of* BRUCE LEE FRITZ, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 46291-5-II.   Division Two.   February 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CAITLYN M. LEDERER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-1-00101-1, Amber L. Finlay, J., entered May 21, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Melnick, JJ.